AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                                    **CRIMINAL COMPLAINT**

**FRANCIS PEREZ**

                                       CASE NUMBER:

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __FEBRUARY 8, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__ .

I further state that I am __DETECTIVE GREGORY BUSH__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

                                       Signature of Complainant
                                       **DETECTIVE GREGORY BUSH**
                                       **NARCOTICS SPECIAL INVESTIGATION**
                                       **DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____  at    __Washington, D.C.__
Date                                           City and State

_____         _____
Name & Title of Judicial Officer        Signature of Judicial Officer

Case 1:07-mj-00035-AK     Document 1-2     Filed 02/09/2007     Page 1 of 1

**STATEMENT OF FACTS**

On February 8, 2007, the Metropolitan Police Department received information from a confidential informant (CI) that an individual known as Frank had contacted the CI, and stated that he had cocaine for sale. The CI also informed officers, that Frank stated that he was trying to get the money together to go to New York to purchase more cocaine.

After meeting with officers, the CI called the defendant back and agreed to meet in the area of 14th and Fort Stevens Road, Washington, D.C. The defendant told the CI he had three thirty one's of cocaine to sell.

When the CI arrived at the pre-arranged area, officers saw the defendant enter the undercover vehicle. After the defendant gave the CI the suspected cocaine, the CI gave officers the pre-arranged signal, and arrest teams moved in and stopped the defendant. Officers recovered approximately 81 grams of suspected cocaine. A portion of the suspected cocaine field tested positive for cocaine. Officers placed the defendant under arrest.

DETECTIVE GREGORY BUSH
NARCOTICS SPECIAL INVESTIGATION DIVISION
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF FEBRUARY, 2007.

U.S. MAGISTRATE JUDGE