WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>FRANCIS PEREZ<br><br>DOB:        PDID# | DOCKET NO | MAGIS NO 07-035M-01 |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>FRANCIS PEREZ | **FILED**<br>AUG 1 4 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

WARRANT ISSUED ON THE BASIS OF:
- [x] Order of Court
- [ ] Indictment
- [ ] Information
- [ ] Complaint

DISTRICT OF ARREST:

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Cocaine, a Schedule II Narcotic Drug Controlled Substance

IN VIOLATION OF:   UNITED STATES CODE TITLE & SECTION   21 U.S.C. 841(a)(1)

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE |
|---|---|
| HOLD WITHOUT BOND | |

| ORDERED BY | JUDGE/MAGISTRATE JUDGE | DATE ISSUED |
|---|---|---|
| MAGISTRATE JUDGE ALAN KAY | *(signature)* | February 12, 2007 |

| CLERK OF COURT | BY DEPUTY CLERK | DATE |
|---|---|---|
| Nancy Mayer-Whittington | *(signature) Kymberly Kay* | February 15, 2007 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 08.14.07 | S. BALDWIN | *(signature) SB* |
| DATE EXECUTED<br>08.14.07 | USMS - SDUSM | |