AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_for the_ DISTRICT OF _Columbia_

UNITED STATES OF AMERICA

V.

FRANCIS PEREZ

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-035-m-01

FILED
AUG 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _FRANCIS PEREZ_, charged in a (complaint) (petition) pending in this District with _DISTRIBUTION OF CONTROLLED SUBSTANCE_ in violation of Title _21_, U.S.C., _841(a)(1)_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Francis Perez_
Defendant

_August 23, 2007_
Date

_[signature]_
Counsel for Defendant